**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GERALD IEZZI, CINDI IEZZI,<br>Plaintiffs,<br>v.<br>ALDOUS & ASSOCIATES PLLC and URGE FITNESS CLEMENTON, LLC,<br>Defendants. | HONORABLE KAREN M. WILLIAMS<br>Civil Action<br>No. 1:26-cv-07036-KMW-MJS<br>**MEMORANDUM OPINION AND ORDER TO SEAL** |

**THIS MATTER** comes before the Court upon Defendant Urge Fitness Clementon, LLC's ("Urge") Motion to Seal (ECF No. 10) documents filed in support of its Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 9), filed on September 2, 2026 (collectively "the Materials"); and

**WHEREAS**, pursuant to *Local Civil Rule 5.3(c)*, the Court may restrict public access to any materials or judicial proceedings upon request by any party; and it further appearing that the parties seeking to seal documents or to otherwise restrict public access must demonstrate: (a) the nature of the materials or proceedings at issue; (b) the legitimate private or public interest which warrant the relief sought; (c) the clearly defined and serious injury that would result if the relief sought is not granted; and (d) why a less restrictive alternative to the relief sought is not available; and

**WHEREAS**, pursuant to *Local Civil Rule 5.3(c)(1)* the parties are to submit a "consolidated motion on behalf of all parties,"[1] and an index, substantially in the form suggested by Appendix U, *describing with particularity* the aforementioned factors which are specified in

[1] The Rule contemplates that the parties will confer before filing. Specifically, Local Civil Rule 5.3(c)(3)(g)-(i) requires the movant's index identify any objections from both parties and non-parties.

Local Rule 5.3(c)(3), as well as Proposed Findings of Fact and Conclusion of Law; and

**THE COURT FINDING** that the instant Motion fails to comply with the local rule because, *inter alia*, the appendix omits any discussion of the factors identified in 5.3(c)(3)(b)-(i) and does not include proposed findings of fact and conclusions of law;

**CONSEQUENTLY**, for all the foregoing reasons; and for good cause shown;

**IT IS** it is on this 10th day of **September, 2026**, hereby

**ORDERED** that Urge's Motion to Seal (ECF No. 10) the Materials is **DENIED** ***without prejudice***.

KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE